NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-8006

JEAN RICHARDS, JESSICA RICHARDS,
and JOSHUA RICHARDS,

Petitioners,

v.

DEPARTMENT OF JUSTICE,

Respondent.

On petition for review of a decision of the Bureau of Justice Assistance in PSOB claim no. 2004-091.

ON MOTION

O R D E R

Jean Richards et al. move without opposition for an extension of time, until November 17, 2009, to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

**DEC 1 7 2009**
_____
Date

cc:    Webb L. Wassmer, Esq.
       P. Davis Oliver, Esq.

s17

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 7 2009

JAN HORBALY
CLERK